UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 11-279-TSZ |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING UNOPPOSED<br>) MOTION TO MODIFY BOND<br>) CONDITION |
| TYRONE HARRIS, | ) |
| Defendants. | ) |

THIS MATTER has come on before the Court on Mr. Harris's unopposed motion requesting a modification of his Appearance Bond, to wit, elimination of the electronic home monitoring condition. The Court has reviewed the instant motion and the record in this case and believes the requested modification is reasonably and appropriate at this time.

ORDERS that the condition of electronic home monitoring be eliminated as a condition of Tyrone Harris's Appearance Bond. Specifically, that the following language on the first page of the Appearance Bond, filed with the Court on July 16, 2020 (Dkt. 57), be deleted:

ORDER GRANTING UNOPPOSED MOTION
TO MODIFY BOND CONDITION  - 1
(*USA v. Tyrone Harris*; CR11-279TSZ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

All other conditions of Mr. Harris's Appearance Bond previously set shall remain in effect.

DONE this 30th day of October, 2020.

_____
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Vanessa Pai-Thompson
Assistant Federal Public Defender
Attorney for Tyrone Harris

ORDER GRANTING UNOPPOSED MOTION
TO MODIFY BOND CONDITION - 2
(*USA v. Tyrone Harris*; CR11-279TSZ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100