UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR11-279 TSZ |
| TYRONE ANTHONY HARRIS, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the petitions outlining defendant's alleged violations, docket nos. 50 and 60, having discussed the matter with the probation officer, and being fully advised, the Court concludes that no further action is necessary and STRIKES the hearing set for December 10, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of November, 2020.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1